**Robert Lee STEELE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 34625.

Court of Criminal Appeals of Texas.

June 13, 1962.

Aubrey Robison, Daingerfield, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

Our attention being directed to the fact that the record contains no recognizance or bond on appeal, our prior opinion affirming the conviction is withdrawn and the appeal is dismissed.